UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Wesley Walter Bower,              )
     Petitioner,              )
                     )     No. 1:16-cv-1194
-v-                       )
                     )     HONORABLE PAUL L. MALONEY
Shane Jackson,              )
     Respondent.              )
_____)

## JUDGMENT

In accordance with the Court's Order entered on this date, and pursuant to Fed. **R.**

Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

**Date:** March 20, 2019                    /s/ Paul L. Maloney
                                           Paul L. Maloney
                                           United States District Judge